RECEIVED

DEC - 3 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ULRICH PETER GRINKIN** | : | **DOCKET NO. 2:08-cv 0354** |
| | | **Section P** |
| **VS.** | : | **JUDGE MELANCON** |
| **WARDEN FEDERAL DETENTION CENTER OAKDALE** | : | **MAGISTRATE JUDGE HILL** |

## J U D G M E N T

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Respondents' Motion to Dismiss [doc. 19] is **GRANTED** and accordingly, this petition is **DENIED AND DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 3rd day of December, 2008.

TUCKER L. MELANCON
UNITED STATES DISTRICT JUDGE